IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRAHAM S. HAUCK, *et al.*<br><br>　　　　Defendants. | Case No. 8:22-cv-01160-DLB |

## **STIPULATION OF DISMISSAL**

　　The parties stipulate that the complaint in this action be dismissed and that the parties will bear their own attorney's fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(ii).

Dated June 16, 2023.

SEEN AND AGREED:

　*s/ Joycelyn S. Peyton*
JOYCELYN S. PEYTON
U.S. Department of Justice Tax Division
Post Office Box 227
Washington, D.C.  20044
Tel:  202-514-6576
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*

[signatures continued next page]

  *s/ Julia Banegas*
JULIA BANEGAS
Husch Blackwell LLP
1801 Pennsylvania Ave. NW
Ste. 1000
Washington, D.C. 20006
Tel: 202-378-2317
Julia.Banegas@huschblackwell.com
*Counsel for Hauck and O'Malley*


  *s/ Robert Anthony Oliveri, Jr.*
ROBERT ANTHONY OLIVERI, JR.
Brock & Scott. PLC
484 Viking Dr.
Ste. 170
Virginia Beach, VA 23452
Tel: 757-213-2959
Robert.Oliveri@brockandscott.com
*Counsel for Citizens Bank, N.A.*